## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-16020

**Case Name** | Theresa MacClelland, et al. v. Cellco Partnership, et al.

Hearing Location (*city*) | San Francisco

Your Name | Kannon K. Shanmugam

List the sitting dates for the three sitting months you were asked to review:

> September 11-15
> October 2-6; October 16-20
> November 13-17

Do you have an unresolvable conflict on any of the above dates?  ○ Yes   ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Kannon K. Shanmugam    **Date** | June 2, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                  *New 12/01/2018*