# In the United States Court of Appeals for the Ninth Circuit

———————

No. 22-16020

TERESA MACCLELLAND, ET AL.,
APPELLEES

*v.*

CELLCO PARTNERSHIP; VERIZON
COMMUNICATIONS, INC., APPELLANTS

———————

**NOTICE OF SETTLEMENT
AND JOINT MOTION TO HOLD CASE IN ABEYANCE**

———————

This case is scheduled to be argued next Tuesday, November 14. The parties jointly write to notify the panel that they have reached a settlement in principle and that, upon consummation of the settlement, appellants will move to dismiss this appeal under Federal Rule of Appellate Procedure 42. The parties therefore respectfully request that this case be removed from the argument calendar and held in abeyance pending consummation of the settlement.

(1)

Respectfully submitted,

/s/ *Stephen P. DeNittis*  
STEPHEN P. DENITTIS  
DENITTIS OSEFCHEN, PC  
  *5 Greentree Centre, Suite 410*  
  *Marlton, NJ 08054*  
  *(856) 797-9551*

/s/ *Kannon K. Shanmugam*  
KANNON K. SHANMUGAM  
PAUL, WEISS, RIFKIND,  
  WHARTON & GARRISON LLP  
  *2001 K Street, N.W.*  
  *Washington, DC 20006*  
  *(202) 223-7300*

NOVEMBER 9, 2023

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

     I, Kannon K. Shanmugam, counsel for appellants and a member of the Bar of this Court, certify that the foregoing Notice of Settlement and Joint Motion to Hold Case in Abeyance is proportionately spaced, has a typeface of 14 points or more, and contains 71 words.

                                /s/ *Kannon K. Shanmugam*
                                KANNON K. SHANMUGAM

NOVEMBER 9, 2023