# In the United States Court of Appeals for the Ninth Circuit

---

No. 22-16020

TERESA MACCLELLAND, ET AL.,
APPELLEES

v.

CELLCO PARTNERSHIP; VERIZON COMMUNICATIONS INC., APPELLANTS

---

**STIPULATION OF DISMISSAL**

---

Pursuant to Federal Rule of Appellate Procedure 41(b)(2), appellants Cellco Partnership and Verizon Communications Inc. and appellees Teresa MacClelland, et al., jointly agree to dismiss this appeal. The parties shall bear their own costs.

|  | Respectfully submitted, |
|---|---|
| STEPHEN P. DENITTIS<br>DENITTIS OSEFCHEN, PC<br>  *5 Greentree Centre, Suite 410*<br>  *Marlton, NJ 08054*<br>  *(856) 797-9551*<br><br>*Counsel for Appellees* | KANNON K. SHANMUGAM<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>  *2001 K Street, N.W.*<br>  *Washington, DC 20006*<br>  *(202) 223-7300*<br><br>*Counsel for Appellants* |

OCTOBER 2, 2024